EDWARD MEYER, BY HIS GUARDIAN AD LITEM, CHARLES MEYER, AND CHARLES MEYER, PLAINTIFFS-RESPONDENTS, v. BOARD OF EDUCATION, MIDDLETOWN TOWNSHIP, AND EVERETT CURRY, DEFENDANTS-RESPONDENTS.

*Mr. Norman J. Currie* and *Mr. Edward W. Currie* for the petitioners.

November 19, 1951. Granted.

CHRISTINE MANNO AND CLARIBEL ELFREY, TRADING AS EL ZEBRA, PLAINTIFFS-PETITIONERS, v. CITY OF CLIFTON AND WILLIAM A. MILLER, MUNICIPAL MANAGER, DEFENDANTS-RESPONDENTS.

See same case below: 14 *N. J. Super.* 100.

*Mr. Samuel Heller* and *Mr. William R. Brogan* for the petitioners.

*Mr. John G. Dluhy* for the respondents.

November 19, 1951. Granted.